■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD A. SAID, Appellant. (Appeal No. 2.) [963 NYS2d 893]— Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered March 1, 2011. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Said* (105 AD3d 1392 [2013]). Present—Centra, J.P., Fahey, Carni, Sconiers and Martoche, JJ.